# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2271

_____

CLARENCE GRIFFIN, III,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Melissa G. Olin, Judge.

May 22, 2024

PER CURIAM.

DISMISSED. The circuit court dismissed without prejudice Appellant's motion to correct illegal sentence. Because such an order is not a final, appealable order, this cause is dismissed for lack of jurisdiction. *See Lee v. State*, 939 So. 2d 154, 155 (Fla. 1st DCA 2006) (finding order dismissing postconviction motion without prejudice to be a nonappealable, nonfinal order).

LEWIS, ROWE, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Clarence Griffin, III, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.